**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLIN JENSEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-00506-RFB-VCF<br><br>**STIPULATION AND ORDER TO REMAND** |

The above named parties, by and through their respective undersigned counsel of record, hereby stipulate that upon the entry of the parties *Stipulation and Order to Dismiss Plaintiff's Claims for Bad Faith, Breach of the Covenant of Good Faith and Fair Dealing, Violation of Unfair Claims Practices Act and Punitive Damages*, Defendants agree to remand this matter to the Eighth Judicial District Court.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

**DATED this 28th day of October 2019.**     **DATED this 28th day of October 2019.**

LEWIS BRISBOIS BISGAARD & SMITH LLP

LADAH LAW FIRM

*/s/: Priscilla L. O'Briant, Esq.*

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
6385 S, Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

*/s/ Ramzy P. Ladah, Esq.*
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY ASHBY, ESQ.
Nevada Bar No. 4911
517 South Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff

**O R D E R**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of November, 2019.

2